Filing # 129183207 E-Filed 06/21/2021 04:26:23 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

LORETTA P. HERBERT MALONE,

CASE NO.: CACE-21-012118

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## COMPLAINT

The Plaintiff, LORETTA P. HERBERT MALONE, by and through her undersigned counsel, hereby sues the Defendant, WAL-MART STORES EAST, LP, and alleges as follows:

1. This is an action for damages in excess of thirty thousand ($30,000.00) dollars.

2. At all times material hereto, the Plaintiff, LORETTA P. HERBERT MALONE, is an individual residing in Broward County, Florida.

3. At all times material hereto, the Defendant, WAL-MART STORES EAST, LP, is a limited partnership doing business in Broward County, Florida.

4. On or about February 12, 2020, the Defendant, WAL-MART STORES EAST, LP, owned, maintained, and/or controlled the property located at or near 3001 N State Road 7, Lauderdale Lakes, Florida 33313.

## COUNT I

### NEGLIGENCE AGAINST WAL-MART STORES EAST, LP

Plaintiff adopts and re-alleges each and every allegation contained in paragraphs 1 through 4 as if they were fully set forth herein, and further alleges:

5. On the above date the Plaintiff, LORETTA P. HERBERT MALONE, while exercising due care and caution for her own safety, was lawfully on the Defendant's property when she was injured due to the negligence of the Defendant, WAL-MART STORES EAST, LP.

Exhibit "A"

6. Specifically, the Plaintiff, LORETTA P. HERBERT MALONE, was caused to slip and fall due to liquid on the floor.

7. The Defendant, WAL-MART STORES EAST, LP, owed to the Plaintiff a duty of reasonable care to maintain the subject property in a condition reasonably safe for its intended use and free from all conditions which would render it dangerous and unsafe for the Plaintiff, or present an unreasonable risk of harm to her, in her lawful use of the same.

8. That it was the duty of the Defendant, WAL-MART STORES EAST, LP, to warn the Plaintiff of aforesaid dangerous and unsafe condition.

9. The Defendant, WAL-MART STORES EAST, LP, breached its duty of care to the Plaintiff, by committing one or more of the following negligent acts of commission and/or omission which proximately caused injury to the Plaintiff as hereinafter alleged more fully:

    (a) The Defendant failed to properly maintain, inspect, and examine the subject floor;

    (b) The Defendant should have exercised reasonable care in the care of the subject floor:

    (c) The Defendant failed to warn the Plaintiff of the dangerous condition; and

    (d) the afore-described dangerous condition was a regular, reoccurring, and ongoing condition; therefore, Defendant knew, or in the exercise of reasonable care, should have known of the aforesaid dangerous and hazardous conditions.

10. Defendant knew, or in the exercise of reasonable care, should have known of the afore-described dangerous and hazardous condition.

11. That the aforesaid acts of negligence on the parts of the Defendant were the proximate cause of the injuries sustained by the Plaintiff.

12. As a direct result, the Plaintiff has incurred medical bills, has suffered bodily injury resulting in severe physical pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment,

aggravation of preexisting injuries, if any, lost wages and loss of the ability to earn wages. Her losses are permanent and continuing in nature and the Plaintiff will suffer losses in the future.

WHEREFORE, the Plaintiff, LORETTA P. HERBERT MALONE, demands judgment against the Defendant, WAL-MART STORES EAST, LP, for damages, costs, and any other relief this Court may deem appropriate. The Plaintiff further demands trial by jury as to all issues so triable as a matter of right.

Dated this 21st day of June, 2021.

**ENGLANDER PEEBLES**
Attorneys for Plaintiff
6499 Powerline Road, Suite 204
Fort Lauderdale, Florida 33309
Phone: (954) 947-0530
pleadings@flinjurylaw.com

By: _____
GARY B. ENGLANDER, ESQ.
Fla. Bar No.: 88616